J. S. PLEDGER et al.

v.

Paul WASHINGTON.

No. 5907.

United States Court of Appeals
Tenth Circuit.

Aug. 22, 1958.

Paul W. Updegraff, Norman, Okl., for appellants.

Charles V. Wheeler, Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.

LOCAL TRADEMARKS, INC.

v.

NU–WAY BUILDERS SUPPLY.

No. 5859.

United States Court of Appeals
Tenth Circuit.

Sept. 3, 1958.

Fieldman & Fieldman, Seaford, L. I., N. Y., and Irwin Arnovitz, Salt Lake City, Utah, for appellant.

R. J. Hogan, Salt Lake City, Utah, and Carl T. Mack, Washington, D. C., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

Robert Leon EUZIERE

v.

UNITED STATES of America.

No. 5904.

United States Court of Appeals
Tenth Circuit.

Sept. 4, 1958.

Robert F. Thompson, Denver, Colo., for appellant.

Paul W. Cress, U. S. Atty., and George Camp, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed without prejudice, on the ground the order appealed from was not an appealable order. See also 10 Cir., 249 F.2d 293.

John D. THOMPSON, alias
J. D. Thompson

v.

UNITED STATES of America.

No. 5988.

United States Court of Appeals
Tenth Circuit.

Sept. 4, 1958.

Donald E. Kelley, U. S. Atty., and James C. Perrill, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure of appellant diligently to prosecute the same.